278

597 A.2d 1116

**David ARTZT**

v.

**Karen ARTZT, Petitioner.**

**Sylvia Sophie ARTZT and Donald
E. Artzt and Jacqueline Jarvis**

v.

**David ARTZT and Karen Artzt, a/k/a Karen Andrus.**

**Petition of Karen ARTZT.**

Supreme Court of Pennsylvania.

Sept. 18, 1991.

## ORDER

PER CURIAM.

AND NOW, this eighteenth day of September, 1991, the PAA at the above-captioned docket number are denied; the Applications to Consolidate Appeals and Emergency Petitions for Extraordinary Relief at Nos. 396 and 508 E.D.AL-LOC.Dkt.1991 are Dismissed as Moot; and the Motion to Quash or Dismiss PAA at No. 577 E.D.ALLOC. Dkt.1991 is Dismissed as Moot.